IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ROSE COCHRAN, individually, and as Personal Representative of the Estate of Avis King,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, VISTA STAFFING SOLUTIONS, INC., and NAVTEJPAL SINGH KAHLON,<br><br>Defendants. | CV-19-81-GF-BMM<br><br>**ORDER** |

The Court has been informed that this case has settled after a settlement conference conducted by Magistrate Judge John Johnston on October 13, 2021. (Doc. 42.) Accordingly, **IT IS HEREBY ORDERED** that all deadlines and hearings in this case are **VACATED**. The parties shall file a stipulation for dismissal and submit a proposed order of dismissal to the undersigned on or

-1-

before November 13, 2021, or show good cause for their failure to do so.

DATED this 13th day of October, 2021.

_____
Brian Morris, Chief District Judge
United States District Court